VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Brian J. Hudson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN J. HUDSON,<br><br>           Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC., EXPERIAN INFORMATION SERVICES, INC., TRANSUNION, LLC, and EQUIFAX, INC.,<br><br>           Defendants. | Case No.:   2:17-cv-00161-JAD-GWF<br><br>**STIPULATION AND ORDER FOR PARTIES TO PARTICIPATE IN ARBITRATION PROCEEDINGS AND DISMISSAL OF DEFENDANT AD ASTRA RECOVERY SERVICES, INC. WITH PREJUDICE**<br><br>ECF Nos. 14, 17, 18, 27, 28 |

Plaintiff, BRIAN J. HUDSON ("Plaintiff") and Defendant AD ASTRA RECOVERY SERVICES, INC. ("Ad Astra"); by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, Defendant Ad Astra filed a Motion to Compel Arbitration and Stay or Dismiss Proceedings (the "Motion") on February 24, 2017 in this matter (ECF Nos. 18-19).  Plaintiff does not oppose the Motion and that Plaintiff agrees to participate in Arbitration proceedings. Accordingly, Plaintiff and Defendant Ad Astra have agreed to participate in Arbitration proceedings, and

WHEREAS, Plaintiff and Defendant Ad Astra stipulate and agree to the dismissal with prejudice of Defendant Ad Astra only from this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

The Plaintiff and Defendant Ad Astra shall participate in the Arbitration proceedings; and

1 The Defendant Ad Astra shall be dismissed from this action with prejudice.

2 This Stipulation is entered into in good faith, in the interest of judicial economy and not for

3 the purposes of delay.

4 Dated this 29th day if March, 2017.              Dated this 29th day of March, 2017.

5 THE LAW OFFICE OF VERNON NELSON     MORRIS LAW GROUP

7   /s/ Vernon A. Nelson                    /s/ Raleigh C. Thompson
VERNON A. NELSON, JR.                              Ryan M. Lower, Esq.
8 Nevada Bar No. 6434                                    Nevada Bar No.: 9108
9480 S. Eastern Avenue, Suite 244              Raleigh C. Thompson, Esq.
9 Las Vegas, NV  89123                                  Nevada Bar No.: 11296
T: 702-476-2500 |  F: 702-476-2788            900 Bank of America Plaza
10 *Attorneys for Plaintiff, Brian J. Hudson*       300 South Fourth Street
11                                                                         Las Vegas, Nevada 89101
                                                                            Telephone: (702) 474-9400
12                                                                        rml@morrislawgroup.com
                                                                            rct@morrislawgroup.com
13                                                                        *Attorneys for Defendant*
                                           **ORDER**          *Ad Astra Recovery Services, Inc.*
14

15 This stipulation between fewer than all parties [ECF Nos. 27, 28] is treated as a joint

16 motion under LR 7-1(c) and GRANTED because good cause appears.

17 IT IS HEREBY ORDERED that Plaintiff and Defendant AD ASTRA RECOVERY

18 SERVICES, INC. shall participate in Arbitration proceedings to resolve controversies brought

against Defendant Ad Astra by the Plaintiff;

19 IT IS HEREBY ORDERED that Defendant AD ASTRA RECOVERY SERVICES, INC. is

20 hereby dismissed with prejudice from the above-captioned action; and

21 IT IS FURTHER ORDERED that the Defendant AD ASTRA RECOVERY SERVICES,

22 INC., be stricken from the caption in the case.

23 IT IS FURTHER ORDERED that all motions by AD ASTRA **[ECF Nos. 14, 17, 18] are**

24 **DENIED** as moot.

25 _____
26 US District Judge Jennifer Dorsey
March 29, 2017