VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff Brian J. Hudson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN J. HUDSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC., EXPERIAN INFORMATION SERVICES, INC., TRANSUNION, LLC, and EQUIFAX, INFORMATION SERVICES LLC.,<br><br>　　　　Defendants. | Case No.:　　2:17-cv-00161-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS EXPERIAN INFORMATION SOLUTIONS ERROUSNESSLY SUED AS EXPERIAN INFORMATION SERVICES, INC., TRANSUNION, LLC., and EQUIFAX INFORMATION SERVICES LLC., WITH PREJUDICE**<br>ECF No. 42 |

Upon agreement between Plaintiff, BRIAN J. HUDSON ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS (erroneously sued as EXPERIAN INFORMATION SERVICES, INC.) TRANSUNION, LLC., and EQUIFAX INFORMATION SERVICES LLC, ("Defendants"):

IT IS HEREBY STIPULATED that the Defendants, EXPERIAN INFORMATION SOLUTIONS (erroneously sued as EXPERIAN INFORMATION SERVICES, INC.) TRANSUNION, LLC., and EQUIFAX INFORMATION SERVICES LLC., shall be dismissed from this action, with prejudice.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED this 15th day of March, 2018.**

Dated this 15th day of March, 2018.　　　　　Dated this 15th day of March, 2018.

THE LAW OFFICE OF VERNON NELSON　　SNELL & WILMER L.L.P.

__/s/ Vernon A. Nelson__　　　　　　　　　__/s/ Bradley T. Austin__
VERNON A. NELSON, JR.　　　　　　　　Bradley T. Austin, Esq.
Nevada Bar No. 6434　　　　　　　　　　Nevada Bar No.: 13064
9480 S. Eastern Avenue, Suite 252　　　　　3883 Howard Hughes Pkwy,
Las Vegas, NV 89123　　　　　　　　　　Suite 1100 Las Vegas, NV 89169
T: 702-476-2500 | F: 702-476-2788　　　　　Tel: 702-784-5200
*Attorneys for Plaintiff, Brian J. Hudson*　　　Fax: 702-784-5252
　　　　　　　　　　　　　　　　　　　Email: baustin@swlaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Equifax Information Services, Inc.*

Dated this 15th day of March, 2018.　　　　　Dated this 15th day of March, 2018.

SNELL & WILMER L.L.P.　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

__/s/ Bob L. Olson__　　　　　　　　　　__/s/ Jason G. Revzin__
Bob L. Olson, Esq.　　　　　　　　　　　Jason G. Revzin, Esq.
Nevada Bar No.: 3783　　　　　　　　　　Nevada Bar No.:
Charles E. Gianelloni, Esq.　　　　　　　　6385 S. Rainbow Blvd., Suite 600
Nevada Bar No.: 12747　　　　　　　　　Las Vegas, Nevada 89118
3883 Howard Hughes Parkway,　　　　　　Telephone: (702) 893-3383
Suite 1100　　　　　　　　　　　　　　Facsimile: (702) 893-3789
Las Vegas, NV 89169　　　　　　　　　　Email: jason.revzin@lewisbrisbois.com
Telephone: (702) 784-5200　　　　　　　　*Attorneys for Trans Union LLC*
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
cgianelloni@swlaw.com
*Attorneys for Experian Information Solutions, Inc.*

**ORDER**

Based on the parties' stipulation [ECF No. 42] and good cause appearing, and because this stipulated dismissal resolves all remaining claims in this case; IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 19, 2018